UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM GERALD HARPER, | Case No.  2:25-cv-3291-JDP (P) |
| Petitioner, | |
| v. | ORDER |
| WARDEN, | |
| Respondent. | |

On February 27, 2026, I directed respondent to file a response to the petition within sixty days.  ECF No. 6.  Respondent now seeks an extension of time, until May 5, 2026, to file that response.  ECF No. 9.  Good cause shown, the extension will be granted.

It is, therefore, ORDERED that respondent's motion for extension of time, ECF No. 9, is GRANTED and the response to the petition is now due May 5, 2026.

IT IS SO ORDERED.

Dated:   __May 5, 2026__                          _____

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

1