UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM GERALD HARPER,<br>Petitioner,<br>v.<br>WARDEN,<br>Respondent. | Case No. 2:25-cv-3291-JDP (P)<br><br>ORDER |

On May 5, 2026, respondent filed an opposition and motion to dismiss the operative habeas petition. ECF No. 11. Petitioner did not respond to the motion to dismiss. It appears that the motion, and a previous filing, were both undeliverable to petitioner because he failed to keep his address updated, as required by the local rules. Local Rule 183(b) requires that a party appearing in propria persona inform the court of any address change. More than thirty days have passed since the last undeliverable filing was returned by the postal service, and petitioner has failed to notify the court of a current address. Thus, it appears this action cannot proceed, both because petitioner has not received (or opposed) the pending motion to dismiss, and because there appears to be no way of reaching him.

Accordingly, it is hereby ORDERED[1] that respondent's motion to dismiss, ECF No. 11, is DENIED as moot and action be dismissed without prejudice for failure to prosecute. *See* E.D. L.R. 183(b).

IT IS SO ORDERED.

Dated: September 8, 2026

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

[1] The parties have consented to my jurisdiction. ECF No. 8.